ELEANOR H. BARBER, PLAINTIFF-RESPONDENT AND CROSS-PETITIONER, v. RONALD BARBER, DEFENDANT-PETITIONER AND CROSS-RESPONDENT.

*Mr. Ronald Barber,* petitioner, *pro se.*

*Messrs. Powell & Davis* for the respondent-cross-petitioner.

July 1, 1963.   Denied.

THELMA GLASICO, PETITIONER-RESPONDENT, v. ROSE RIBBON & CARBON MFG. CO., RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the respondent-petitioner by N. J. Mfgrs. Cas. Ins. Co.

*Messrs. Schneider, Lustbader & Morgan* for the respondent-petitioner by Insurance Company of North America.

July 1, 1963.   Granted.